

# NUMBER 13-15-00225-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PRONTO GENERAL AGENCY, LTD.

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

Relator, Pronto General Agency, Ltd., filed a petition for writ of mandamus and motion for temporary relief in the above cause on May 14, 2015. Through this original proceeding, relator seeks to compel the trial court to (1) withdraw its February 17, 2015 order granting a motion to substitute service, and (2) vacate its April 10, 2015 order denying relator's motion to quash substituted service of citation.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that said motion should be granted. The motion for temporary relief is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further

order of this Court, or until the case is finally decided. *See* Tᴇx. R. Aᴘᴘ. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Noe Rojas, individually, and Elvia Mercado, individually, and Merary Lopez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of May, 2015.